■ In the Matter of JOHN RICCI, Appellant, v FIRST TIME AROUND, INC., Doing Business as NIGHT MOVES, Respondent.— Order unanimously reversed, on the law, with costs, petition reinstated and matter remitted to Supreme Court, Cattaraugus County, for a hearing, in accordance with the following memorandum: The record conclusively shows disagreement between petitioner, a 50% shareholder in respondent corporation, and the two shareholders owning the remaining 50%. It was an abuse of discretion to fail to order a hearing pursuant to Business Corporation Law § 1109 to resolve disputed issues of fact with respect to petitioner's application for judicial dissolution. (Appeal from order of Supreme Court, Cattaraugus County, Crowley, J.—corporate dissolution.) Present—Dillon, P. J., Hancock, Jr., Denman, Green and Pine, JJ.